# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6077 |
| **Date:** | 7/12/2024 |
| **Due Date:** | 9/10/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | 07/15/2024 |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 7/11/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Number: 24-00041-007EXPDATE3.20.2029 | 1 | 11,280.00 | 11,280.00 |
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00127-071EXPDATE9.20.2028 | 1 | 45,120.00 | 45,120.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00025-042EXPDATE3.8.2029,<br>24-00062-050EXPDATE4.19.2029,<br>24-00062-051EXPDATE4.19.2029 | 3 | 90,240.00 | 270,720.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |
| Sales Discount | Sales Discount | | -130,848.00 | -130,848.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$196,317.00** |
|---|---|

**EXHIBIT 1**

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6078 |
| **Date:** | 7/31/2024 |
| **Due Date:** | 9/29/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | 07/22/2024 |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 7/16/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Numbers: 24-00055-005EXPDATE4.3.2029, 24-00055-006EXPDATE4.3.2029 | 2 | 11,280.00 | 22,560.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00064-055EXPDATE4.19.2029, 24-00064-056EXPDATE4.19.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |
| Sales Discount | Sales Discount | | -81,216.00 | -81,216.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$121,869.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6079 |
| **Date:** | 7/31/2024 |
| **Due Date:** | 9/29/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | 07/31/2024 |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 7/23/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

**Accounts Payable/Bev Brown-Harris**
**Mid-South Alliance Mobile Wound Solutions**
**8105 Rasor Blvd**
**Suite 120**
**Plano, TX 75024**

**Ship To**

**Mid-South Alliance Mobile Wound Solutions**
**Bev Brown-Harris**
**8105 Rasor Blvd**
**Suite 120**
**Plano, TX 75024**

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x2cm | XWO-60202 XWRAP-2x2cm<br>Serial Numbers: 24-00062-013EXPDATE4.19.2029,<br>24-00062-015EXPDATE4.19.2029 | 2 | 11,280.00 | 22,560.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00053-051EXPDATE4.3.2029,<br>24-00053-052EXPDATE4.3.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |
| Sales Discount | Sales Discount | | -81,216.00 | -81,216.00 |

**It's been a pleasure working with you!**

| | |
|---|---|
| **Total** | **$121,869.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6212 |
| **Date:** | 8/2/2024 |
| **Due Date:** | 10/1/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | SC-1005 |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 8/1/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Number: 20-00038-031EXPDATE6.2.2025 | 1 | 67,680.00 | 67,680.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00084-047EXPDATE5.8.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |
| Sales Discount | Sales Discount | | -63,168.00 | -63,168.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$94,797.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **6579** |
| **Date:** | **8/22/2024** |
| **Due Date:** | **10/21/2024** |
| **Terms:** | **Net 60** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **8/21/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

**Accounts Payable/Bev Brown-Harris**
**Mid-South Alliance Mobile Wound Solutions**
**8105 Rasor Blvd**
**Suite 120**
**Plano, TX 75024**

**Ship To**

**Mid-South Alliance Mobile Wound Solutions**
**Bev Brown-Harris**
**8105 Rasor Blvd**
**Suite 120**
**Plano, TX 75024**

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 23-00164-026EXPDATE1.4.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |
| Sales Discount | Sales Discount | | -36,096.00 | -36,096.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$54,189.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6668 |
| **Date:** | 8/28/2024 |
| **Due Date:** | 10/27/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 8/27/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00096-039EXPDATE5.13.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |
| Sales Discount | Sales Discount | | -36,096.00 | -36,096.00 |

**It's been a pleasure working with you!**

| Total | $54,189.00 |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 6789 |
| **Date:** | 9/6/2024 |
| **Due Date:** | 11/5/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 9/5/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00100-057EXPDATE5.15.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |
| Sales Discount | Sales Discount | | -36,096.00 | -36,096.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$54,189.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7290 |
| **Date:** | 7/8/2024 |
| **Due Date:** | 9/6/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Bev Brown-Harris |
| **Physician:** | Not Reported |
| **Implant Date:** | 07/08/2024 |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 7/5/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
**Mid-South Alliance Mobile Wound Solutions**
**8105 Rasor Blvd**
**Suite 120**
**Plano, TX 75024**

**Ship To**

**Mid-South Alliance Mobile Wound Solutions**
**Bev Brown-Harris**
**8105 Rasor Blvd**
**Suite 120**
**Plano, TX 75024**

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Number: 23-00122-038EXPDATE9.18.2028 | 1 | 45,120.00 | 45,120.00 |
| Shipping Fee | Shipping Fee | 1 | 16.25 | 16.25 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$45,136.25** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7291 |
| **Date:** | 7/8/2024 |
| **Due Date:** | 9/6/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Bev Brown-Harris |
| **Physician:** | Not Reported |
| **Implant Date:** | 07/08/2024 |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 7/5/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00057-032EXPDATE4.12.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 16.25 | 16.25 |

| | | |
|---|---|---|
| Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com. | **Total** | **$90,256.25** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7292 |
| **Date:** | 7/8/2024 |
| **Due Date:** | 9/6/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Bev Brown-Harris |
| **Physician:** | Not Reported |
| **Implant Date:** | 07/08/2024 |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 7/5/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00057-033EXPDATE4.12.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 16.25 | 16.25 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$90,256.25** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7293 |
| **Date:** | 7/8/2024 |
| **Due Date:** | 9/6/2024 |
| **Terms:** | Net 60 |
| **P.O. Number:** | Bev Brown-Harris |
| **Physician:** | Not Reported |
| **Implant Date:** | 07/08/2024 |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 7/5/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Bev Brown-Harris
Mid-South Alliance Mobile Wound Solutions
8105 Rasor Blvd
Suite 120
Plano, TX 75024

**Ship To**

Mid-South Alliance Mobile Wound Solutions
Bev Brown-Harris
8105 Rasor Blvd
Suite 120
Plano, TX 75024

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00057-034EXPDATE4.12.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 16.25 | 16.25 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$90,256.25** |
|---|---|